No. 01–5330.  JACOBS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–5333.  TAVAKKOLY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–5334.  WHITAKER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01–5335.  THOMAS v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 01–5336.  WILLIAMS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–5337.  EPPS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–5338.  WILLISON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–5339.  PEREZ-OLIVO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 01–5340.  MCCANN v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–5341.  HARP v. YUKINS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–5342.  HARTWELL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–5343.  HICKMAN v. NASH, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 01–5344.  REYES v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 01–5345.  RODRIGUEZ v. TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 01–5347.  ANDRADE-VARGAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–5350.  TRIGGS v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.